# UNITED STATES DISTRICT COURT
for the

District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.    3:24-cr-00163
)
Information From "Target Accounts" as identified in )
Attachment A that is stored at premises controlled by )
airSlate, Inc. )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Massachusetts
*(identify the person or describe the property to be searched and give its location)*:

Information associated with Target Accounts Stored at Premises of airSlate, Inc. as described in Attachment A of Special Agent Branson T. Yeakley

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Records, information, contents of communications, or other data as described in Attachment B of Special Agent Branson T. Yeakley.

**YOU ARE COMMANDED** to execute this warrant on or before   January 10, 2024   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Shiva V. Hodges, United States Magistrate Judge   .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for   30   days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of                         .

Date and time issued:   12/27/2023 10:58 am

*Judge's signature*

City and state:   Columbia, South Carolina         Hon. Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: DCIS 2023000116 | Date and time warrant executed: 12/28/23 0601 | Copy of warrant and inventory left with: AirSlate legal - via email |
|---|---|---|
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name of any person(s) seized:

Digital records provided by AirSlate (PDF Filler) for information related to target accounts. Zip file produced.

SA Yeakley served warrant via email to AirSlate.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/22/24

*Executing officer's signature*

Jill Bechtold, Special Agent
*Printed name and title*